IN THE SUPREME COURT OF THE STATE OF NEVADA

D'VAUGHN KEITHAN KING,
                              Appellant,
                    vs.
THE STATE OF NEVADA,
                              Respondent.

No. 85135

FILED

AUG 2 2 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY ___S. Young___
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se notice of appeal from an order striking motions. Because no statute or court rule permits an appeal from such an order, this court lacks jurisdiction over this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (explaining that court has jurisdiction only when statute or court rule provides for appeal). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

cc:    Hon. Egan K. Walker, District Judge
       D'Vaughn Keithan King
       Attorney General/Carson City
       Washoe County District Attorney
       Washoe District Court Clerk

22-26155